

241 So.2d 530

**FRIENDLY FINANCE SERVICE MID CITY, INC.**

**v.**

**Julian E. WINDHAM et ux.**

**No. 50980.**

Dec. 14, 1970.

The judgment of the Court of Appeal is correct. See CHF Finance Co. v. Jochum, 241 La. 155, 127 So.2d 534 (1961).

241 So.2d 531

**Shirley W. GAYLE, wife of/and I. C. Gayle**

**v.**

**Harold T. PORTER, Alfred B. Hebeisen and Orleans Parish School Board.**

**No. 51000.**

Dec. 14, 1970.

241 So.2d 531

**Gabriel BROUSSARD, Individually and on Behalf of his Minor Daughter, Lydie Ann Broussard**

**v.**

**Carroll A. MELERINE and Allstate Insurance Company.**

**No. 50996.**

Dec. 14, 1970.

On the facts found by the Court of Appeal we find no error of law in its judgment.